IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

TODD BAILEY,

            Plaintiff,

v.                         CIVIL ACTION NO. 3: *99-0401*

GREIF BROS. CORPORATION,

            Defendant.

PETITION FOR REMOVAL

TO: THE HONORABLE JUDGES OF THE UNITED
STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF WEST VIRGINIA AT HUNTINGTON

For its Petition herein, the defendant in the above-styled action, to-wit: Greif Bros. Corporation, respectfully represents unto this Court as follows:

1.    On or about the 22nd day of April, 1999, an action was filed in the Circuit Court of Cabell County, West Virginia, styled "Todd Bailey v. Greif Bros. Corporation," being Civil Action No. 99-C-274 on the docket of that Court. (See Exhibit 1.)

2.    Service of process has been effected upon defendant, Greif Bros. Corporation, on or about the 23rd day of April, 1999. (See Exhibit 2.)

3.    No other proceedings are noted on the Cabell County Circuit Court Docket other than the attached documents. (See Exhibit 3.)

4.    Petitioner and defendant, Greif Bros. Corporation, at the time this action was commenced, was and still is a corporation incorporated under the laws of a state other than West Virginia and

has its principal place of business in a state other than West Virginia, to-wit:

>Greif Bros. Corporation
>
>State of Incorporation: Delaware County, Ohio
>
>Principal place of business:
>425 Winter Road
>Delaware, Ohio  43015

5.    Plaintiff, Todd Bailey, does not allege citizenship in his Second Amended Complaint; however, upon belief, plaintiff, Todd Bailey, is a citizen of West Virginia.

6.    28 U.S.C. § 1332(a)(1) provides that the district courts of this nation have original jurisdiction of all civil actions where the matter in controversy exceeds the sum of seventy-five thousand dollars ($75,000), exclusive of interest and costs, and is between citizens of different states.

7.    The United States District Court for the Southern District of West Virginia at Huntington has original jurisdiction of this matter because plaintiff, Todd Bailey, and defendant, Greif Bros. Corporation, are citizens of different states, and plaintiff's claim for damages can be reasonably expected to exceed the jurisdictional limit of seventy-five thousand dollars ($75,000), exclusive of interest and costs.

8.    The preponderance of the evidence, such being the allegations contained in the Second Amended Complaint that Todd Bailey was severely injured when both of his hands became entrapped by the conveyor belt of a box forming machine establishes within

reasonable certainty that the amount in controversy exceeds seventy-five thousand dollars ($75,000).

9.    Petitioner, Greif Bros. Corporation, has timely removed this civil action from the Circuit Court of Cabell County within thirty (30) days of acceptance of the service of process.

**WHEREFORE**, the petitioner, Greif Bros. Corporation, prays that the civil action now pending against it in the Circuit Court of Cabell County, West Virginia, be removed therefrom to this Honorable Court pursuant to 28 U.S.C. § 1446 and 28 U.S.C. § 1332(a)(1).

Respectfully submitted this ___13___ day of May, 1999.

GREIF BROS. CORPORATION,

By Counsel.

SHUMAN, ANNAND, BAILEY, WYANT & EARLES
P.O. Box 3953
Charleston, West Virginia  25339
(304) 345-1400

By _____
Richard L. Earles, Esquire
(WV State Bar No. 1097)

3

# EXHIBIT 1

Apr-29-99  12:04pm   From-GREF BROTHER'                    +6145496100        ''    T-820  P.04/08  F-112

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

TODD BAILEY,

     Plaintiff,

vs.                           Civil Action Number:   99-C-274

GREIF BROS. CORPORATION,

     Defendant.

### *SECOND AMENDED COMPLAINT*

### Count I

1.    On or about December 18, 1998, plaintiff, Todd Bailey, was employed by Labor Ready, Inc., as a laborer, working at a corrugated container plant in Cabell County, West Virginia, owned and operated by defendant, Greif Bros. Corporation.

2.    At the aforesaid time and place, plaintiff Todd Bailey was severely injured when both of his hands became entrapped by the conveyor belt of a box forming machine owned and maintained by defendant Greif Bros. Corporation.

3.     The defendant Greif Bros. Corporation was negligent in failing to provide sufficient guarding devices to prevent injury from the moving parts of the machine, was negligent in failing to provide sufficient warnings regarding the dangers and hazards presented by the machine, and was negligent in failing to provide instructions and training regarding the dangers and hazards of the machine to those working in the area of the machine.

4.     As a proximate result of the negligence of the defendant Greif Bros. Corporation, the plaintiff Todd Bailey has sustained and suffered serious permanent personal injuries and damages, has incurred medical bills and will incur medical bills in the future, has lost wages and will lose wages in the future, or in the alternative, has a reduced capacity to earn a living, is permanently disabled, has suffered a reduced capacity to enjoy life and will continue to do so in the future, has undergone severe pain of body and mind and mental distress in the past and present and will do so in the future.

Apr-29-99  12:05pm   From-GREF BROTHERS              T614348010U        F-020   F-00/00   F-112

## Count II

5.    Plaintiff realleges the allegations in paragraphs one through three of Count I of the Complaint as if set forth verbatim herein.

6.    The defendant Greif Bros. Corporation, failed to provide sufficient guarding devices to prevent injury from the moving parts of the machine, failed to provide sufficient warnings regarding the dangers and hazards presented by the machine, and failed to provide instructions and training regarding the dangers and hazards of the machine to those working in the area of the machine.  Such failures were  specific unsafe working conditions that presented a high degree of risk and a strong probability of serious injury or death.

7.    The defendant, Greif Bros. Corporation, had a subjective realization and an appreciation of the existence of such specific unsafe working conditions and of the high degree of risk and the strong probability of serious injury or death presented by such specific unsafe working conditions.

-3-

8.    The specific unsafe working conditions were a violation of state or federal safety statutes, rules or regulations or of commonly accepted and well-known safety standards within the industry or business of Greif Bros. Corporation , which statutes, rules, regulations or standards were specifically applicable to the particular work and working conditions involved in the plaintiff's injury.

9.    The defendant Greif Bros. Corporation,  acting through its agents and employees exposed plaintiff Todd Bailey to the specific unsafe working conditions alleged in paragraph six of the Complaint intentionally.

10.    As a direct and proximate result of the specific unsafe working conditions, plaintiff Todd Bailey  has sustained and suffered serious permanent personal injuries and damages, has incurred medical bills and will incur medical bills in the future, has lost wages and will lose wages in the future, or in the alternative, has a reduced capacity to earn a living, is permanently disabled, has suffered a reduced capacity to enjoy life and will continue to do so in the future, has undergone severe pain of body and mind and mental distress in the past and present and will do so in the future.

WHEREFORE, plaintiff demands judgment against the defendant for reasonable compensatory damages, prejudgment interest, court costs and interest on any judgment rendered herein, and for such other and further relief as the Court may deem proper.

A jury trial is demanded.

TODD BAILEY,
(By Counsel)

John H. Bicknell (W.Va. Reg. #339)
*Greene, Ketchum, Bailey & Tweel*
419 Eleventh Street
Post Office Box 2389
Huntington, West Virginia 25724-2389
1-304-525-9115 / 1-800-479-0053

# - Third -
# SUMMONS

### IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

Civil Action No. ___99-C-274___

TODD BAILEY,

                              Plaintiff

v.

GREIF BROS. CORPORATION
C/O W.VA. SECRETARY OF STATE
CAPITOL COMPLEX
CHARLESTON, WEST VIRGINIA 25301

                              Defendant.

To the above-named Defendant:

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon ____JOHN H. BICKNELL____ plaintiff's attorneys, whose address is _GREENE, KETCHUM, BAILEY & TWEEL, 419 ELEVENTH STREET, POST OFFICE BOX 2389, HUNTINGTON, WV 25724-2389_ an answer, including any related counterclaim you may have, to the Second Amended Complaint filed against you in the above-styled action, a true copy of which is herewith delivered to you. You are required to serve your answer within _30_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Second Amended Complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action.

Dated____APR 2 2 1999_____



Clerk, Circuit Court of Cabell County

By_____

# EXHIBIT 2

KEN HECHLER
Secretary of State

MARY P. RATLIFF
Deputy Secretary of State

JAN CASTO
Deputy Secretary of State

CATHERINE FREROTTE
Executive Assistant

Telephone (304) 558-6000
Corporations (304) 558-8000
FAX: (304) 558-0900
e-mail vhaught@secretary state wv us



WILLIAM H HARRINGTON
Chief of Staff

JUDY COOPER
Director Administrative Law

Penney Barker
Supervisor Corporations

(Plus all the volunteer
help we can get)

# STATE OF WEST VIRGINIA

## SECRETARY OF STATE

Building 1, Suite 157-K
1900 Kanawha Blvd , East
Charleston, WV 25305-0770

# LEGAL NOTICE

Greif Bros Corporation
CT Corporation
P O Box 951
Charleston, WV 25323

April 23, 1999

Civil Action  99-C-274

I am enclosing

_____ summons
_____ notice
_____ order
_____ petition
_____ motion
_____ interrogatories
_____ suggestions
_____ subpoena duces tecum
_____ summons and complaint
_____ 3rd party summons & complaint
_____ summons returned from post office
__1__   Third Summons

_____ original
_____ affidavit
_____ answer
_____ cross-claim
_____ counterclaim
_____ request
_____ demand
_____ default judgement
_____ complaint
_____ notice of mechanic's lien
_____ suggestee execution
__1__   Second Amended Complaint

which was served on the Secretary at the State Capitol in his capacity as your statutory attorney-in-fact.
According to law, I have accepted service of process

_____ in your name and on your behalf
XXXXX in the name and on behalf of your corporation.
_____ in the name and on behalf of your unauthorized foreign corporation.
_____ in the name and on behalf of your authorized insurance company.
_____ in the name and on behalf of

123243

Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about these documents directly to the court or to the plaintiff's attorney, shown in the enclosed paper. Please, do not call the Secretary of State's Office.

Sincerely,

Vicki Haught
Supervisor

# EXHIBIT 3

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

TODD BAILEY,

       Plaintiff,

v.                                     CIVIL ACTION NO. 99-C-274

GREIF BROS. CORPORATION,

       Defendant.

## NOTICE OF REMOVAL

TO:      John H. Bicknell. Esquire
          Greene, Ketchum, Bailey & Tweel
          P. O. Box 2389
          Huntington, WV 25724-2389

    **PLEASE TAKE NOTICE** that the defendant, Greif Bros. Corporation, in the above-styled civil action, has filed a Notice of Filing of Petition for Removal, a Petition for Removal, and a copy of all process, pleadings, and orders filed in the Circuit Court of Cabell County with the United States District Court for the Southern District of West Virginia, at Huntington, pursuant to 28 U.S.C. § 1446(a).

    Accordingly, pursuant to 28 U.S.C. § 1446(d), the removal of this civil action to the United States District Court for the Southern District of West Virginia at Huntington has been effected, and the Circuit Court of Cabell County shall proceed no further unless and until the case is remanded.

Dated this 13th day of May, 1999.

GREIF BROS. CORPORATION,

By Counsel.

SHUMAN, ANNAND, BAILEY, WYANT & EARLES
P. O. Box 3953
Charleston, West Virginia  25339
(304) 345-1400

By _____
    Richard L. Earles, Esquire
    (WV State Bar No. 1097)

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

TODD BAILEY,

      Plaintiff,

v.                           CIVIL ACTION NO. 99-C-274

GREIF BROS. CORPORATION,

      Defendant.

## CERTIFICATE OF SERVICE

The undersigned, counsel for defendant, Greif Bros. Corporation, does hereby certify that I have served the foregoing "Notice of Removal" upon the following by depositing a true and exact copy thereof in the United States mail, postage prepaid, and addressed as follows:

      John H. Bicknell. Esquire
      Greene, Ketchum, Bailey & Tweel
      P. O. Box 2389
      Huntington, WV 25724-2389

Dated: _____, 1999.

_____
Richard L. Earles
(WV State Bar No. 1097)

```
CASE NO. 99-C-F-00274                              OPENED  4/13/99

JUDGE...      JUDGE JOHN L. CUMMINGS

   PLAINTIFF.  TODD BAILEY
VS DEFENDANT.  GRIEF BROTHERS CORPORATION

   PRO ATTY..  JOHN H. BICKNELL
   DEF ATTY..


PAGE#      DATE MEMORANDUM.............

00001  4/13/99 CIS, complaint, summons, 30 day SOS          MC
00002  4/19/99 Issued second summons w/amended complaint    FA
00003  4/22/99 Motion to file second amend. complaint       AS
00004  4/22/99 Order pltf. given 2nd Amend. Complaint        AS
00005  4/22/99 Issued 3rd summons w/2nd amend. complaint     AS
00006  4/26/99 SOS accepted service obo Greif Bros. Corp. 4/23/99  RA
```

KEN HECHLER
Secretary of State

MARY P. RATLIFF
Deputy Secretary of State

JAN CASTO
Deputy Secretary of State

CATHERINE FREROTTE
Executive Assistant

Telephone: (304) 558-6000
Corporations: (304) 558-8000
FAX: (304) 558-0900
e-mail: vhaught@secretary.state.wv.us



WILLIAM H. HARRINGTON
Chief of Staff

JUDY COOPER
Director, Administrative Law

Penney Barker
Supervisor, Corporations

(Plus all the volunteer
help we can get)

# STATE OF WEST VIRGINIA

## SECRETARY OF STATE

Building 1, Suite 157-K
1900 Kanawha Blvd., East
Charleston, WV 25305-0770

*99C774*

# LEGAL NOTICE    April 23, 1999

Adell Chandler, Clerk
Cabell County Circuit Court
P.O. Box 545
Huntington, WV 25710-0545

I am enclosing

| | | | | |
|---|---|---|---|---|
| ____ summons | | __1__ original | | |
| ____ notice | | ____ affidavit | | |
| ____ order | | ____ answer | | |
| ____ petition | | ____ cross-claim | | |
| ____ motion | | ____ counterclaim | | |
| ____ interrogatories | | ____ request | | |
| ____ suggestions | | ____ demand | | |
| ____ subpoena duces tecum | | ____ default judgement | | |
| ____ summons and complaint | | ____ complaint | | |
| ____ 3rd party summons & complaint | | ____ notice of mechanic's lien | | |
| ____ summons returned from post office | | ____ suggestee execution | | |

which was served on the Secretary at the State Capitol in his capacity as your statutory attorney-in-fact.
According to law, I have accepted service of process.

____ in your name and on your behalf.
____ in the name and on behalf of your corporation.
____ in the name and on behalf of your unauthorized foreign corporation.
____ in the name and on behalf of your authorized insurance company.
XXXX in the name and on behalf of        Greif Bros. Corporation

Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about these documents directly to the court or to the plaintiff's attorney, shown in the enclosed paper. Please, do not call the Secretary of State's Office.

Sincerely,

Vicki Haught

Vicki Haught
Supervisor

*Return*

WV Secretary of State
19289 M01
Receipt #:
Station ID:

List Of Services
sp s  s  Grief Brothers Corp          $15.00
                                      $15.00
Total:

Payment Details:
Greene Ketchum Bailey & Tweel         $15.00
k  18171

Original Transaction Date:    04/15/1999
Thank You For Your Business!

## - Third -
## S U M M O N S

RT OF CABELL COUNTY, WEST VIRGINIA

Civil Action No. __99-C-274__

aintiff

ndant.

GINIA, you are hereby summoned and required

_____ BICKNELL _____ plaintiff's attorneys, whose address

GREENE, KETCHUM, BAILEY & TWEEL, 419 ELEVENTH STREET, POST OFFICE BOX

2389, HUNTINGTON, WV 25724-2389 an answer, including any related

counterclaim you may have, to the Second Amended Complaint filed against you in

the above-styled action, a true copy of which is herewith delivered to you. You

are required to serve your answer within __30__ days after service of this summons

upon you, exclusive of the day of service. If you fail to do so, judgment by

default will be taken against you for the relief demanded in the Second Amended

Complaint and you will be thereafter barred from asserting in another action any

claim you may have which must be asserted by counterclaim in the above styled

civil action.

Dated_____**APR 2 2 1999**_____



Clerk, Circuit Court of Cabell County

By_____



IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

TODD BAILEY,

     Plaintiff,

vs.                           Civil Action Number:____99-C-274____

GREIF BROS. CORPORATION,

     Defendant.

## ORDER

For reasons apparent to the Court, it is hereby ORDERED that plaintiff is given

leave to file his Second Amended Complaint.


Order entered this _12_ day of April,  1999.

       Order Entered:

                            Judge John L. Cummings

Prepared for entry by:


John H. Bicknell (W.Va. Reg. #339)
*Greene, Ketchum, Bailey & Tweel*
Post Office Box 2389
Huntington, West Virginia 25724-2389

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

TODD BAILEY,

     Plaintiff,

vs.                        Civil Action Number:___99-C-274___

GREIF BROS. CORPORATION,

     Defendant.

### *MOTION TO FILE SECOND AMENDED COMPLAINT*

Comes now the plaintiff, pursuant to Rule 15(a) and requests leave of court to file a Second Amended Complaint. The Second Amended Complaint is necessary to correct the misspelling of the defendant's name in the amended complaint. The amended complaint incorrectly identified the defendant as "Greif Brothers Corporation". The correct name of the defendant is "Greif Bros. Corporation".

Accordingly, plaintiff respectfully requests the Court grant leave for the plaintiff to file a Second Amended Complaint.

                               TODD BAILEY,
                               (By Counsel)

_John H. Bicknell_ (W.Va. Reg. #339)
*Greene, Ketchum, Bailey & Tweel*
419 Eleventh Street
Post Office Box 2389
Huntington, West Virginia 25724-2389
1-304-525-9115 / 1-800-479-0053

# - Third -
# SUMMONS

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

Civil Action No. __99-C-274__

TODD BAILEY,

                        Plaintiff

v.

GREIF BROS. CORPORATION
C/O W.VA. SECRETARY OF STATE
CAPITOL COMPLEX
CHARLESTON, WEST VIRGINIA 25301

                        Defendant.

To the above-named Defendant:

**IN THE NAME OF THE STATE OF WEST VIRGINIA,** you are hereby summoned and required to serve upon ___ JOHN H. BICKNELL ____ plaintiff's attorneys, whose address is _GREENE, KETCHUM, BAILEY & TWEEL, 419 ELEVENTH STREET, POST OFFICE BOX 2389, HUNTINGTON, WV 25724-2389_ an answer, including any related counterclaim you may have, to the Second Amended Complaint filed against you in the above-styled action, a true copy of which is herewith delivered to you. You are required to serve your answer within _30_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Second Amended Complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action.

Dated_APR 2 2 1999_____

                              Clerk, Circuit Court of Cabell County

                              By_____
                                          Deputy

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

TODD BAILEY,

     Plaintiff,

vs.                        Civil Action Number:   99-C-274

GREIF BROS. CORPORATION,

     Defendant.

## *SECOND AMENDED COMPLAINT*

### Count I

1.    On or about December 18, 1998, plaintiff, Todd Bailey, was employed by Labor Ready, Inc., as a laborer, working at a corrugated container plant in Cabell County, West Virginia, owned and operated by defendant, Greif Bros. Corporation.

2.    At the aforesaid time and place, plaintiff Todd Bailey was severely injured when both of his hands became entrapped by the conveyor belt of a box forming machine owned and maintained by defendant Greif Bros. Corporation.

3. The defendant Greif Bros. Corporation was negligent in failing to provide sufficient guarding devices to prevent injury from the moving parts of the machine, was negligent in failing to provide sufficient warnings regarding the dangers and hazards presented by the machine, and was negligent in failing to provide instructions and training regarding the dangers and hazards of the machine to those working in the area of the machine.

4. As a proximate result of the negligence of the defendant Greif Bros. Corporation, the plaintiff Todd Bailey has sustained and suffered serious permanent personal injuries and damages, has incurred medical bills and will incur medical bills in the future, has lost wages and will lose wages in the future, or in the alternative, has a reduced capacity to earn a living, is permanently disabled, has suffered a reduced capacity to enjoy life and will continue to do so in the future, has undergone severe pain of body and mind and mental distress in the past and present and will do so in the future.

WHEREFORE, plaintiff demands judgment against the defendant for reasonable compensatory damages, prejudgment interest, court costs and interest on any judgment rendered herein, and for such other and further relief as the Court may deem proper.

A jury trial is demanded.

TODD BAILEY,
(By Counsel)

John H. Bicknell (W.Va. Reg. #339)
*Greene, Ketchum, Bailey & Tweel*
419 Eleventh Street
Post Office Box 2389
Huntington, West Virginia 25724-2389
1-304-525-9115 / 1-800-479-0053

- Second -

# SUMMONS

### IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

Civil Action No. ___99-C-274___

TODD BAILEY,

                    Plaintiff

v.

GREIF BROTHERS CORPORATION
C/O W.VA. SECRETARY OF STATE
CAPITOL COMPLEX
CHARLESTON, WEST VIRGINIA 25301

                    Defendant.

To the above-named Defendant:

**IN THE NAME OF THE STATE OF WEST VIRGINIA**, you are hereby summoned and required to serve upon ____JOHN H. BICKNELL____ plaintiff's attorneys, whose address is _GREENE, KETCHUM, BAILEY & TWEEL, 419 ELEVENTH STREET, POST OFFICE BOX 2389, HUNTINGTON, WV 25724-2389_ an answer, including any related counterclaim you may have, to the amended complaint filed against you in the above-styled action, a true copy of which is herewith delivered to you. You are required to serve your answer within __30__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action.

Dated _April 19, 1999_

                    Clerk, Circuit Court of Cabell County

                    By_____
                                    Deputy

**CIVIL CASE INFORMATION SHEET**
**CIVIL CASES**

In the Circuit Court, _____CABELL_____ County, West Virginia

I.  CASE STYLE:

Plaintiff(s)                          Case #___99C0274___

TODD BAILEY                           Judge __/S/ JOHN CUMMINGS___

vs.

Defendant(s)

                                      DAYS
                                      TO ANSWER    TYPE OF SERVICE

1) GRIEF BROTHERS CORPORATION    __30____    Secretary State
   c/o Secretary of State
   CAPITOL COMPLEX

   CHARLESTON, WV 25301

2)_____    _____    _____

Original and __2__ copies of complaint furnished herewith.

# S U M M O N S

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA 99C0274

Civil Action No._____

TODD BAILEY,

                    Plaintiff

v.                                                    /S/ JOHN L. CUMMINGS

GRIEF BROTHERS CORPORATION
C/O W.VA. SECRETARY OF STATE
CAPITOL COMPLEX
CHARLESTON, WEST VIRGINIA 25301

                    Defendant.

To the above-named Defendants:

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon _____JOHN H. BICKNELL_____ plaintiff's attorneys, whose address is _GREENE, KETCHUM, BAILEY & TWEEL, 419 ELEVENTH STREET, POST OFFICE BOX 2389, HUNTINGTON, WV 25724-2389_ an answer, including any related counterclaim you may have, to the complaint filed against you in the above-styled action, a true copy of which is herewith delivered to you. You are required to serve your answer within __30_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action.

Dated APR 1 3 1999_____



Clerk, _____ Cabell County

By_____

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

TODD BAILEY,

    Plaintiff,

vs.

GRIEF BROTHERS CORPORATION,

    Defendant.

Civil Action Number: **99C0274**

/S/ JOHN CUMMINGS

## *COMPLAINT*

### Count I

1.    On or about December 18, 1998, plaintiff, Todd Bailey, was employed by Labor Ready, Inc., as a laborer, working at a corrugated container plant in Cabell County, West Virginia, owned and operated by defendant, Grief Brothers Corporation.

2.    At the aforesaid time and place, plaintiff Todd Bailey was severely injured when both of his hands became entrapped by the conveyor belt of a box forming machine owned and maintained by defendant Grief Brothers Corporation.

3.      The defendant Grief Brothers Corporation was negligent in failing to provide sufficient guarding devices to prevent injury from the moving parts of the machine, was negligent in failing to provide sufficient warnings regarding the dangers and hazards presented by the machine, and was negligent in failing to provide instructions and training regarding the dangers and hazards of the machine to those working in the area of the machine.

4.      As a proximate result of the negligence of the defendant Grief Brothers Corporation, the plaintiff Todd Bailey has sustained and suffered serious permanent personal injuries and damages, has incurred medical bills and will incur medical bills in the future, has lost wages and will lose wages in the future, or in the alternative, has a reduced capacity to earn a living, is permanently disabled, has suffered a reduced capacity to enjoy life and will continue to do so in the future, has undergone severe pain of body and mind and mental distress in the past and present and will do so in the future.

## Count II

5.     Plaintiff realleges the allegations in paragraphs one through three of Count I of the Complaint as if set forth verbatim herein.

6.     The defendant Grief Brothers Corporation, failed to provide sufficient guarding devices to prevent injury from the moving parts of the machine, failed to provide sufficient warnings regarding the dangers and hazards presented by the machine, and failed to provide instructions and training regarding the dangers and hazards of the machine to those working in the area of the machine.  Such failures were  specific unsafe working conditions that presented a high degree of risk and a strong probability of serious injury or death.

7.     The defendant, Grief Brothers Corporation, had a subjective realization and an appreciation of the existence of such specific unsafe working conditions and of the high degree of risk and the strong probability of serious injury or death presented by such specific unsafe working conditions.

8.      The specific unsafe working conditions were a violation of state or federal safety statutes, rules or regulations or of commonly accepted and well-known safety standards within the industry or business of Grief Brothers Corporation , which statutes, rules, regulations or standards were specifically applicable to the particular work and working conditions involved in the plaintiff's injury.

9.      The defendant Grief Brother Corporation,  acting through its agents and employees exposed plaintiff Todd Bailey to the specific unsafe working conditions alleged in paragraph six of the Complaint intentionally.

10.     As a direct and proximate result of the specific unsafe working conditions, plaintiff Todd Bailey  has sustained and suffered serious permanent personal injuries and damages, has incurred medical bills and will incur medical bills in the future, has lost wages and will lose wages in the future, or in the alternative, has a reduced capacity to earn a living, is permanently disabled, has suffered a reduced capacity to enjoy life and will continue to do so in the future, has undergone severe pain of body and mind and mental distress in the past and present and will do so in the future.

WHEREFORE, plaintiff demands judgment against the defendant for reasonable compensatory damages, prejudgment interest, court costs and interest on any judgment rendered herein, and for such other and further relief as the Court may deem proper.

A jury trial is demanded.

TODD BAILEY,
(By Counsel)

John H. Bicknell (W.Va. Reg. #339)
*Greene, Ketchum, Bailey & Tweel*
419 Eleventh Street
Post Office Box 2389
Huntington, West Virginia 25724-2389
1-304-525-9115 / 1-800-479-0053

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

TODD BAILEY,

                    Plaintiff,

v.                                  CIVIL ACTION NO. 3:_____

GREIF BROS. CORPORATION,

                    Defendant.


### CERTIFICATE OF SERVICE

I, Richard L. Earles, counsel for the defendant, do hereby certify that I have this __13__ day of May, 1999, served the foregoing "Petition for Removal" and "Notice of Filing of Petition for Removal" upon counsel of record, by mailing a true copy thereof, by regular U.S. Mail, in an envelope properly stamped and addressed as follows, to-wit:

        John H. Bicknell. Esquire
        Greene, Ketchum, Bailey & Tweel
        P. O. Box 2389
        Huntington, WV 25724-2389


                    _____
                    Richard L. Earles
                    (WV State Bar No. 1097)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

TODD BAILEY,

                    Plaintiff,

v.                                    CIVIL ACTION NO. 3:_____

GREIF BROS. CORPORATION,

                    Defendant.

NOTICE OF FILING OF PETITION FOR REMOVAL

TO:   Todd Bailey
      c/o John H. Bicknell. Esquire
      Greene, Ketchum, Bailey & Tweel
      P. O. Box 2389
      Huntington, WV 25724-2389

PLEASE TAKE NOTICE that the defendant, Greif Bros. Corporation, in the above-styled civil action, bearing Civil Action No. 99-C-274 on the docket of the Circuit Court of Cabell County, West Virginia, has filed, pursuant to Title 28 U.S.C. §1446(a), this Notice of Filing of Petition for Removal, together with a Petition for Removal, a copy of all process, pleadings and orders filed in the Circuit Court of Cabell County, West Virginia, with the Clerk of the United States District Court for the Southern District of West Virginia at Huntington.

PLEASE TAKE FURTHER NOTICE that defendant, Greif Bros. Corporation, pursuant to Title 28 U.S.C. §1446(d), upon the filing of said notice, filed a Notice of Removal with the Circuit Court of Cabell County, West Virginia. Accordingly, the removal of this action to the United States District Court for the Southern District of West Virginia has been effected, and the Circuit Court

of Cabell County shall proceed no further unless and until this case is remanded pursuant to 28 U.S.C. §1446(d).

                                GREIF BROS. CORPORATION,

                                By Counsel.

**SHUMAN, ANNAND, BAILEY, WYANT & EARLES**
P.O. Box 3953
Charleston, West Virginia  25339
(304) 345-1400

By _____
       Richard L. Earles, Esquire
       (WV State Bar No. 1097)

2